PER CURIAM.
Affirmed. State v. Murray, 443 So.2d 955, 956 (Fla.1984); Johnson v. State, 449 So.2d 921, 925 (Fla. 1st DCA 1984); Tucker v. State, 417 So.2d 1006, 1010 (Fla. 3d DCA 1982); Zamot v. State, 375 So.2d 881 *499 (Fla.3d DCA 1979); Francis v. State, 343 So.2d 932, 933 (Fla. 3d DCA 1977); Broge v. State, 288 So.2d 280, (Fla. 4th DCA), cert. denied, 295 So.2d 302 (Fla.), cert. denied, 419 U.S. 845, 95 S.Ct. 79, 42 L.Ed.2d 74 (1974).